UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
Romes Austin,                     )
Fed.Reg.#00070-000                )
F.C.I. - Gilmer                   )
P.O.Box-6000                      )
Glenville, WV 26351               )
                                  )
        Plaintiff,                )
                                  )    Civil Action No. 08 0553
   v.                             )
                                  )
Edward F. Reilly, Jr., et al.,    )
                                  )
        Defendants.               )
                                  )
```

**FILED**

MAR 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION TO PRCEED IN FORMA PAUPERIS
PURSUANT TO 28 U.S.C. § 1915

Comes now the plaintiff pro-se, in the above-captioned cause humbly and respectfully moves this most Honorable Court for an Order granting plaintiff to proceed in forma pauperis be he is unable to prepay costs and fees related to his Civil Action.

JURISDICTION

Jurisdiction in this case is by virtue of 28 U.S.C. § 1915, which states in pertinent part;

> (a) "Any Court of the United States may authorize the commencement . . . of any suit or proceeding civil or criminal . . . without prepayment of fees and costs or security thereof." Id.

The affidavit in support of this motion is attached.

Respectfully Submitted,

*Romes Austin* (signature)
Romes Austin #00070-000
F.C.I. - Gilmer
P.O.Box-6000
Glenville, WV 26351

**RECEIVED**

MAR 1 2 2008

Clerk, U.S. District and
Bankruptcy Courts

-1-



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Romes Austin,                               )
Fed.Reg.# 00070-000                         )
F.C.I.-Gilmer                               )
P.O.Box-6000                                )
Glenville, WV 26351,                        )
                                            )
       Plaintiff,                       )
                                            )
v.                                          )    Civil Action No._____
                                            )
Edward F. Reilly, Jr., et al.,              )
                                            )
       Defendants.                      )

AFFIDAVIT IN SUPPORT OF MOTION
TO PROCEED IN FORMA PAUPERIS

I, Romes Austin, in the above-cationed cause hereby deposes and states;

1. I am unable to prepay costs and fees.

2. I am unable to provide security thereof.

3. I am a United States citizen.

4. The nature of my cause is stated.

I certify and declare under the penalty of perjury that the aforementioned statement is true to the best of my knowledge, information and beliefs. Executed this 11th day of March, 2008.

                                      Respectfully Submitted,

                                      Romes Austin
                                      Fed.Reg.#00070-000
                                      F.C.I. - Gilmer
                                      P.O.Box-6000
                                      Glenville, WV 26351

## CERTIFICATE OF SERVICE

I, hereby certify and declare that a true and accurate copy of the foregoing motion to proceed in forma pauperis was placed into this institution's mail receptacle on this _11th_ day of _March_, 2008, to make service on the U.S. Attorney's Office for the District of Columbia, 555 - 4th Street, N.W., Washington, D.C. 20530

 

Romes Austin
Fed.Reg.#00070-000
F.C.I. - Gilmer
P.O.Box-6000
Glenville, WV 26351