UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Romes Austin, )
Fed.Reg.#00070-000 )
F.C.I. - Gilmer )
P.O.Box-6000 )
Glenville, WV 26351, )
)
    Plaintiff, )   Civil Action No. 08 0553
v. )
)
Edward F. Reilly, Jr., et al., )
)
    Defendants. )
)

## MOTION FOR APPOINTMENT OF COUNSEL
## PURSUANT TO 18 U.S.C.S. § 3006A

Comes now the plaintiff pro-se, Romes Austin in the above-captioned cause humbly and respectfully moves this most Honorable Court for an Order appointing plaintiff counsel for the following reasons expressed herein:

1. The Inherent Power of this most Honorable Court.

2. Plaintiff is a layman unskilled in the art and science of the law.

3. Plaintiff's reading and writing skills would hold him at a disadvantage with respect to being able to properly articulate the issues he has presented to this most Honorable Court.

4. Appointment of Counsel would most certainly be in the public's interest in this case.

Wherefore, these reasons stated in the aforementioned plaintiff prays this most Honorable Court appoint him counsel.

Respectfully Submitted,

*[signature]*
Romes Austin#00070-000

3

CERTIFICATE OF SERVICE

I, hereby certify and declare that a true and accurate copy of the foregoing motion for appointment of counsel was placed into this institution's mail receptacle on this __11th__ day of __March__, 2008, to make service on the U.S. Attorney's Office for the District of Columbia, 555 - 4th Street, N.W. Washington, D.C. 20530.

*Romes Austin*
Romes Austin
Fed.Reg.#00070-000
F.C.I. - Gilmer
P.O.Box-6000
Glenville, WV 26351

-2-