UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Romes Austin<br>　　Plaintiff | )<br>)<br>) | |
| v. | )<br>)<br>) | Civil Action No.  08-0553 RCL |
| Edward R. Riley, Jr.,<br>　　Defendant | )<br>) | |

**REASSIGNMENT OF CIVIL CASE**
**(non-calendar committee)**

The above entitled action was assigned on April 22, 2008 from Unassigned (9098) to Judge Lamberth because the plaintiff has satisfied the requirements of the PLRA.

　　　　　　　　　　　　　　　　　　　NANCY MAYER-WHITTINGTON, CLERK


　　　　　　　　　　　　　　　　　　　By: La Tanau Scott
　　　　　　　　　　　　　　　　　　　Deputy Clerk

CC:　Judge Lamberth
& Courtroom Deputy
Civil Case Processing Clerk
　　Statistical