UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROMES AUSTIN )<br>Fed. Reg. #00070-000 )<br>F.C.I. - Gilmer )<br>P.O. Box 6000 )<br>Glenville, WV 26351 )<br>)<br>Plaintiff )<br>v. )<br>)<br>EDWARD F. REILLY, JR., et al., )<br>)<br>Defendants. )<br>) | Civil Action No.: 08-0553 (RCL) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for Defendants in the above-captioned case.

                                              /s/
                                     KENNETH ADEBONOJO
                                     Assistant United States Attorney
                                     555 4th St., N.W.
                                     Washington, D.C. 20530
                                     (202) 514-7157
                                     kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2008, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Romes Austin,** via U.S. Postage addressed as follows:

**Romes Austin**
**R#00070-000**
**Gilmer Correctional Institution**
**P.O. Box 6000**
**Glenville, W.VA. 26351**

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　KENNETH ADEBONOJO
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　　(202) 514-7157
　　　　　　　　　　　　　　　　　　　　　　kenneth.adebonojo@usdoj.gov