UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROMES AUSTIN** )<br>)<br>**Plaintiff** )<br>)<br>)<br>) **Civil Action No. 08-0553 (RCL)**<br>v. ) **(ECF)**<br>)<br>**EDWARD F. REILLY, JR., et al.** )<br>)<br>**Defendants.** )<br>) | |

**DEFENDANT'S MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Edward F. Reilly, Jr., in his official capacity as the Chairman of the United States Parole Commission ("Defendant"), by and through the undersigned, respectfully requests an enlargement of time to file an answer or other response to the complaint in this case. Defendant's answer is due July 8, 2008. Defendant requests to and including August 4, 2008, to file an answer or other response to Plaintiff's complaint. There are good reasons to grant Defendant's request.

1.  Plaintiff brings this action alleging a violation of his constitutional rights under the ex post facto clause of the Constitution.

2.  The Honorable Ellen S. Huvelle recently issued an opinion on this very issue that could be instructive to the Agency.

3.  Defendant respectfully requests the additional time to fully digest Plaintiff's allegations in light of said ruling.

4.      Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply.[1]

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

July 5, 2008                                        Respectfully submitted,

                                                    ___/s/_____
                                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                    United States Attorney

                                                    __/s/_____
                                                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                    Assistant United States Attorney

                                                    ___/s/_____
                                                    KENNETH ADEBONOJO
                                                    Assistant United States Attorney
                                                    Judiciary Center Building
                                                    555 4th Street, N.W. – Civil Division
                                                    Washington, D.C.  20530
                                                    (202) 514-7157
                                                    (202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

2

**CERTIFICATE OF SERVICE**

      I certify that I caused a copy of the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Romes Austin  
R# 00070-000  
Gilmer FCI  
Inmate Mail/Parcels  
POB 6000  
Glennville, WV 26351

on this 5th day of July 2008.　　　　　___/s/_____  
　　　　　　　　　　　　　　　　　　　　KENNETH ADEBONOJO  
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney