UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROMES AUSTIN )<br><br>Plaintiff )<br><br>v. )<br><br>EDWARD F. REILLY, JR., et al. )<br><br>Defendants. ) | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-0553 (RCL)<br>)  (ECF)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION TO ENLARGE TIME
TO FILE AN ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Edward F. Reilly, Jr., in his official capacity as the Chairman of the United States Parole Commission ("Defendant"), by and through the undersigned, respectfully requests an enlargement of time to file an answer or other response to the complaint in this case. Defendant's answer is due July 17, 2008. Defendant requests to and including July 24, 2008, to file an answer or other response to Plaintiff's complaint. There are good reasons to grant Defendant's request.

1. Although Defendant's response to Plaintiff's complaint is near completion, the undersigned seeks additional documentation from the Agency in order to complete same.

2. In addition, the undersigned seeks the additional time to confer with Agency Counsel regarding whether Plaintiff's case presents sufficient justification for a parole rehearing, in light of the recent decision in Sellmon v. Reilly, 06-1650 (ESH).

3. The undersigned also seeks this brief extension due to the press of business.

4.     Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply.[1]

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

July 16, 2008                                              Respectfully submitted,

___/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

___/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Romes Austin
R# 00070-000
Gilmer FCI
Inmate Mail/Parcels
POB 6000
Glennville, WV 26351

On this 16th day of July 2008.            ___/s/_____
                                          KENNETH ADEBONOJO
                                          Assistant United States Attorney