UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROMES AUSTIN | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| | ) Civil Action No. 08-0553 (RCL) |
| v. | )  (ECF) |
| | ) |
| EDWARD F. REILLY, JR. | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO ENLARGE TIME TO FILE AN OPPOSITION
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND A
REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Edward F. Reilly, Jr., in his official capacity as the Chairman of the United States Parole Commission ("Defendant"), by and through the undersigned, respectfully requests an enlargement of time to file an opposition to Plaintiff's Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.  Defendant's responses are due on August 21 and 25, 2008, respectively.  There are good reasons to grant Defendant's request.

1. The undersigned is seeking this extension due to a long-scheduled vacation and will be out of the office until next week.

2. Upon return to the office, the undersigned is due to file a pleading in the Circuit Court of appeals in the matter of Neal v. Watts, 08-5116 and several other dispositive motions in District Court.  For example, dispositive motions are due in Trupei v. U.S. et al., 08-351; Conteh v. Doan, 07-786 (RWR); Akers v. Watts et al., 08-140, amongst others.

3. Accordingly, the undersigned requests to and including September 8, 2008.

4. Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply.[1]

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

August 18, 2008                                    Respectfully submitted,

___/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

___/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing Defendant's Motion to Enlarge Time to File Opposition to Plaintiff's Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment to be served by first class mail upon *pro se* plaintiff at:

Romes Austin
R# 00070-000
Gilmer FCI
Inmate Mail/Parcels
POB 6000
Glennville, WV 26351

On this 18th day of August, 2008.             ___/s/_____
                                              KENNETH ADEBONOJO
                                              Assistant United States Attorney